## SUPREME COURT OF JUDICATURE

#### OF THE

## STATE OF VERMONT.

---

#### ADDISON COUNTY, JUNE ADJOURNED TERM,
A. D. 1800.

---

*ENOCH WOODBRIDGE,* Chief Judge.
*LOTT HALL,* ⎱ *Assistant Judges.*
*NOAH SMITH,* ⎰

---

### ELIAKIM CULVER *against* STEPHEN PEARL,
Sheriff of Chittenden County.

An officer is empowered to set off one execution against another, between the same parties, and both in his hands at the same time.

PLAINTIFF complains, that by the consideration of the County Court of *Chittenden* County, he recovered judgment against *Abel Phelps* for the sum of 6*l.* 2*s.* lawful money, and prayed out his writ of execution in due form of law made returnable in sixty days from the date, and committed the same execution to the defendant, in his capacity of sheriff, to serve and return agreeably to law, but that said *Pearl*, contriving to injure, &c. neglected to return said execution, whereby, &c. *ad damnum.*

Second count. Plaintiff declares on the same judgment and execution, *aliter et idem,* delivered

as aforesaid, and that said *Pearl* made an undue and unlawful return on the same in the words and figures following, viz.

" Then by virtue of this writ of execution to me directed, I repaired to the usual place of abode of the debtor within named, and made demand of money, goods, or chattels to satisfy the same; and in satisfaction thereof the said debtor delivered to me a certain writ of execution to me directed, to serve and return in favour of the said debtor, and against the creditor within named, and one *Caleb Culver*, for the sum of 11*l.* 5*s.* 6*d.* lawful money, debt or damage, and 15*s.* 10*d.* costs, on a judgment rendered by *Timothy Pearl*, Esquire, one of the Justices of the Peace for said County of *Chittenden*, on the 6th day of *April*, A. D. 1795. Said writ of execution by the said Justice subscribed with his official signature, and dated the same 6th day of *April*, to indorse upon the same such sufficient sum as might be in full satisfaction of the within execution, and the legal costs thereon arising. Therefore, *in pursuance of law*, by an indorsement on the aforesaid execution in favour of the within named debtor of the sum of 6*l.* 2*s.* 6*d.* lawful money, in full satisfaction of the within writ of execution, I do return the same fully satisfied."

The general issue tendered and joined to the first count, and defendant demurred to the second.

By the Court. An officer has a right to off-set one execution against another between the same parties both in his hands at the same time. The plaintiff has alleged no cause of action in his second count, and the same is insufficient.

By agreement of parties entered on the record, judgment on the demurrer to control the general issue.

Plaintiff nonsuited.